# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| **LIBERTY FRUIT CO., INC.,** | **Case No.: 05-cv-2084-KHV-JPO** |
| **Plaintiff,** | |
| **vs.** | **DEFAULT JUDGMENT** |
| **JAMES R. ESSINGTON** | |
| **Defendant.** | |

THIS MATTER having come before the Court on Plaintiff's Application for Entry of Final Default Judgment, and the Court having reviewed the file and being otherwise duly advised in the premises, it is hereby ORDERED and ADJUDGED that:

1.      That judgment is hereby entered in favor of the Plaintiff and against Defendant, James R. Essington, in the principal amount of $15,666.91, along with taxable costs in the sum of $796.50, attorneys' fees in the sum of $4,377.50, and prejudgment interest in the sum of $768.22, for a total judgment amount of $20,044.41, plus post judgment interest at the rate set forth by 28 USC §1961, all of which qualifies for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e *et seq.* ("PACA"), until satisfied, for which let execution issue.

DONE AND ORDERED in Chambers in Kansas City, Kansas this 4th day of May, 2005.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Court Judge